# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

4/21/26

Initial Conf. Adj to
April 28, 2026 at 2pm —
time excluded through
April 28, in the interest
of justice.

*[signature]*

April 20, 2026

By ECF

Honorable Colleen McMahon
United States District Judge
Southern District of New York

Re: *United States v. Stefan Pildes*, 26 Cr. 142 (CM)

Dear Judge McMahon:

I write to respectfully request that the Court adjourn the initial conference in this matter from April 22 to April 28 at 2:00 p.m. to allow Mr. Pildes time to retain counsel, which he is in the process of doing. The Government consents to this request. Should the Court grant it, Mr. Pildes and I consent to an exclusion of time under the Speedy Trial Act until April 28.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Government counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/26