AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Stefan Pildes<br>*Defendant* | )<br>)<br>)    Case No.    26-cr-142<br>)<br>) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stefan Pildes                                                                                                        .

Date:      04/23/2026

/s/ Michael Tremonte
*Attorney's signature*

Michael Tremonte, Bar No. 2929164
*Printed name and bar number*

SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004

*Address*

mtremonte@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*