Case 1:26-cr-00142-CM Document 19 Filed 08/14/26 Page 1 of 1

# SHER TREMONTE LLP

August 14, 2026

MEMO ENDORSED
8-17-26
OK.
Colleen McMahon

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Stefan Pildes*****,**
Case No. 26-cr-142 (CM)

Dear Judge McMahon:

We represent Stefan Pildes in the above-referenced case. We write to respectfully request that the Court grant authorization for Mr. Pildes to travel to New Haven, Connecticut for a video production project, leaving August 20, 2026 and returning August 21, 2026. As the Court is aware, Mr. Pildes's travel is currently restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

Neither the government nor Pretrial Services object to this request.

We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Noam Biale*
Noam Biale
Emma Schwartz

*Attorneys for Stefan Pildes*

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-17-26